UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE MICHAEL CASAWAY,

          Petitioner,

    v.

KENNETH QUINN,

          Respondent.

Case No. C07-5191 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Strombom (Dkt. 4), the petitioner's application to proceed *in forma pauperis*, and the remaining record, hereby finds and **ORDERS**:

(1)    the Magistrate Judge's Report and Recommendation (Dkt. 4) is approved and adopted;

(2)    the petitioner's application to proceed *in forma pauperis* is **DENIED**;

(3)    the petitioner shall pay the required filing fee [$5.00] to the Clerk of the Court within thirty (30) days of the date of this Order, otherwise this action will be dismissed; and

(4)    the Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

DATED this 12th day of June, 2007.

*Robert J. Bryan* (signature)
Robert J. Bryan
United States District Judge

ORDER - 1