UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE MICHAEL CASAWAY,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

Case No. C07-5191 RJB/KLS

ORDER GRANTING PETITIONER'S MOTION TO FILE SUPPLEMENTAL REPLY

Before the Court is Petitioner's motion for extension of time to file a reply to Respondent's answer to the Petition for Writ of Habeas Corpus. (Dkt. # 19 ). Respondent filed his answer on August 16, 2007, but the answer was missing page 41. (Dkt. # 16). Petitioner filed his reply on September 6, 2007. (Dkt. # 20). Respondent supplemented his response on September 11, 2007, with the filing of page 41. (Dkt. # 18). Petitioner requests additional time to supplement his reply to respond to the addition of the missing page. Respondent has filed no opposition to Petitioner's motion.

Accordingly, Petitioner's motion (Dkt. # 15) is **GRANTED**. Petitioner may file a supplemental reply to address the addition of page 41 to Respondent's answer on or before **October 22, 2007**. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 7) for **October 26, 2007**.

Dated this  1st  day of October, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1